1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF NEVADA**

8

UNITED STATES OF AMERICA,                    )
                                             )
9                      Plaintiff,            )
                                             )
10          v.                               )          3:11-CR-055-HDM (WGC)
                                             )
11     DAVID GONZALEZ,                       )
                                             )
12  _____Defendant._____     )

13

**PRELIMINARY ORDER OF FORFEITURE**

14       This Court finds that on July 19, 2012, defendant DAVID GONZALEZ pled guilty to

15  Count One of a One-Count Superseding Criminal Indictment charging him with Receipt of

16  Child Pornography, in violation of Title 18, United States Code, Section 2252A(a)(2).

17  Superseding Indictment, ECF No. 25; Plea Memorandum, ECF No. 51; Change of Plea

18  Minutes, ECF No. 52.

19       This Court finds defendant DAVID GONZALEZ agreed to the forfeiture of the property

20  set forth in Forfeiture Allegation of the Superseding Criminal Indictment. Superseding

21  Indictment, ECF No. 25; Plea Memorandum, ECF No. 51; Change of Plea Minutes, ECF No.

22  52.

23       This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of

24  America has shown the requisite nexus between property set forth in the Forfeiture Allegation

25  of the Superseding Criminal Indictment and the offense to which defendant DAVID

26  GONZALEZ pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 2253:

    1.    One Black HP Laptop Computer, Serial No. CND00812B5;

    2.    One Blue External Hard Drive, Serial No. 0912560320603590;

    3.    One Maxtor 40 GB Hard Drive, Serial No. EIFRY7FE; and

    4.    any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252A ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of DAVID GONZALEZ in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

. . .

. . .

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

2  filed with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building,

3  400 South Virginia Street, 3rd Floor, Reno, NV 89501.

4    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if

5  any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office

6  at the following address at the time of filing:

7.       Greg Addington
         Assistant United States Attorney
8        100 West Liberty Street, Suite 600
         Reno, NV 89501

9

10   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein

11  need not be published in the event a Declaration of Forfeiture is issued by the appropriate

12  agency following publication of notice of seizure and intent to administratively forfeit the

13  above-described property.

14    DATED this _27th_ day of _____July_____, 2012.

15

16

17                                    _Howard D McKibben_

18                                    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26