

```
___ FILED         ___ RECEIVED
___ ENTERED       ___ SERVED ON
                  COUNSEL/PARTIES OF RECORD

         OCT 18 2012

    CLERK US DISTRICT COURT
      DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | 3:11-CR-055-HDM (WGC) |
| DAVID GONZALEZ, ) | |
| Defendant. ) | |

**FINAL ORDER OF FORFEITURE**

On July 27, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2253, based upon the plea of guilty by defendant DAVID GONZALEZ to the criminal offense, forfeiting specific property alleged in the Superseding Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant DAVID GONZALEZ pled guilty. Superseding Criminal Indictment, ECF No. 25; Plea Memornadum, ECF No. 51; Change of Plea Minutes, ECF No. 52; Preliminary Order of Forfeiture, ECF No. 54.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law on via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 2, 2012, through August 31, 2012, notifying all known third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 56.

. . .

1  This Court finds no petition was filed herein by or on behalf of any person or entity and the
2  time for filing such petitions and claims has expired.

3  This Court finds no petitions are pending with regard to the assets named herein and the time
4  for presenting such petitions has expired.

5  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8  32.2(c)(2); Title 18, United States Code, Section 2253; and Title 21, United States Code, Section
9  853(n)(7) and shall be disposed of according to law:

10      1. One Black HP Laptop Computer, Serial No. CND00812B5;
11      2. One Blue External Hard Drive, Serial No. 0912560320603590;
12      3. One Maxtor 40 GB Hard Drive, Serial No. EIFRY7FE; and
13      4. any book, magazine, periodical, film, videotape, or other matter which
14         contains any such visual depiction, which was produced, transported, mailed,
15         shipped, or received in violation of Title 18, United States Code, Section
16         2252A.

17  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
18  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
19  as any income derived as a result of the United States of America's management of any property
20  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
21  according to law.

22  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
23  certified copies to the United States Attorney's Office.

24  DATED this 18th day of October, 2012.

25
26                                         UNITED STATES DISTRICT JUDGE