UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAVID GONZALEZ,<br>Defendant. | Case No. 3:11-cr-00055-HDM-CSD<br><br>ORDER |

The defendant, David Gonzalez, has filed a motion for early termination of supervised release (ECF No. 80). This is the defendant's third motion for early termination of supervision with the last request filed in 2023. The defendant has also filed a motion for appointment of counsel (ECF No. 78) for the purposes of filing the motion for early termination. The motion for appointment of counsel (ECF No. 78) is GRANTED.

The U.S. Probation Department has filed a response to the defendant's motion for early termination and presents no supervision-related information that would oppose the defendant's early termination (ECF No. 81). The government has filed an opposition to the defendant's motion for early termination of supervised release (ECF No. 82).

In 2012, the defendant, David Gonzalez, was sentenced to 78 months' imprisonment and a lifetime term of supervised release for the crime of receipt of child pornography in violation of 18 U.S.C.

§ 2252A(a)(2). (ECF No. 63, 65, 67). Supervised release commenced upon the defendant's release from custody on or about December 4, 2015. In 2022, the defendant moved the court to reduce his term of supervised release, a motion the government opposed and the court denied. In March 2023, less than a year later, the defendant filed a renewed motion for early termination of supervised release, a motion the government again opposed and the court again denied.

The court continues to be concerned regarding the extent to which the defendant has successfully completed sex offender treatment; specifically, whether that treatment sufficiently addressed the fact that the defendant has indicated he had a compulsion to view child pornography for many years and did not believe he could stop.

Therefore, the defendant shall have 60 days from the date of this order within which to supplement the record expressly addressing the court's concern.

IT IS SO ORDERED.

DATED: This 15th day of September, 2026.

Howard D. McKibben
UNITED STATES DISTRICT JUDGE